UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-24-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR221(SRU)(RMS) |
| v. | VIOLATIONS: |
| LINDSEY EDWARDS, a.k.a. "G-ride," PARIS HUCKABY, and MATTHEW SANTOS | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 841(b)(1)(C), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) (Possession with Intent to Distribute and Distribution of Methamphetamine) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Carrying and Using a Firearm During and in Relation to a Drug Trafficking Crime) |
| | 18 U.S.C. §§ 933(a)(1), 933(a)(2), 933(a)(3), and 933(b) (Firearms Trafficking – Conspiracy) |
| | 18 U.S.C. §§ 933(a)(1) and 933(b) (Firearms Trafficking – Transfer) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of Firearm and Ammunition) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

<u>INDICTMENT</u>

The Grand Jury charges:

1

## COUNT ONE
(Conspiracy to Distribute and to Possess with
Intent to Distribute Methamphetamine and Metonitazene)

1. From in or about April 2024 through in or about November 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants, LINDSEY EDWARDS, a.k.a. "G-ride," and PARIS HUCKABY, together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants, EDWARDS and HUCKABY, together with others known and unknown to the Grand Jury, would distribute and possess with intent to distribute controlled substances, namely, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N,N-diethyl-2-(2-(4-methoxybenzyl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine ("metonitazene"), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantities of Controlled Substances Involved in the Conspiracy

3. The defendant LINDSEY EDWARDS, a.k.a. "G-ride," knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of metonitazene, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(C).

4.      The defendant PARIS HUCKABY knew and reasonably should have foreseen from her own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of metonitazene, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(B)(viii) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute and Distribution of Methamphetamine)

5.      On or about May 21, 2024, in the District of Connecticut, the defendant LINDSEY EDWARDS, a.k.a. "G-ride," did knowingly and intentionally possess with intent to distribute, and did distribute, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Methamphetamine)

6.      On or about September 5, 2024, in the District of Connecticut, the defendants LINDSEY EDWARDS, a.k.a. "G-ride," and PARIS HUCKABY, did knowingly and intentionally possess with intent to distribute, and did distribute, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Firearm Trafficking - Conspiracy)

7. From in or about October 2024 through in or about November 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants LINDSEY EDWARDS, a.k.a. "G-ride," and MATTHEW SANTOS, together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the firearms laws of the United States.

8. It was a part and an object of the conspiracy that the defendants, EDWARDS and SANTOS, together with others known and unknown to the Grand Jury, knowingly and intentionally agreed to ship, transport, transfer, cause to be transported, receive from another person, and otherwise dispose of firearms to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, possession, and receipt of the firearm by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

## COUNT FIVE
(Firearms Trafficking - Transfer)

9. On or about October 2, 2024, in the District of Connecticut, the defendants LINDSEY EDWARDS, a.k.a. "G-ride," and MATTHEW SANTOS, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Beretta Model M9, .22 caliber pistol, bearing serial number BM063634, to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the other recipient would constitute a felony, as defined in Title 18,

United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b), and Section 2.

## COUNT SIX
(Felon in Possession of a Firearm)

10. On or about October 2, 2024, in the District of Connecticut, the defendant LINDSEY EDWARDS, a.k.a. "G-ride," having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

   a. Criminal Weapon Possession, in violation of Connecticut General Statutes § 53a-217, on or about August 16, 2010;

   b. Sale of Illegal Drugs, in violation of Connecticut General Statutes § 21a-278(b), on or about May 16, 2003;

   c. Sale of Narcotics, in violation of Connecticut General Statutes § 21a-277(a), on or about March 9, 1998; and

   d. Sale of Narcotics, in violation of Connecticut General Statutes § 21a-277(a), on or about November 26, 1997,

did knowingly possess a firearm in and affecting commerce, namely, a Beretta Model M9, .22 caliber pistol, bearing serial number BM063634, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SEVEN
(Possession with Intent to Distribute and Distribution of Methamphetamine)

11. On or about October 9, 2024, in the District of Connecticut, the defendant LINDSEY EDWARDS, a.k.a. "G-ride," did knowingly and intentionally possess with intent to distribute, and did distribute, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

5

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT EIGHT
(Carrying and Using a Firearm During and
in Relation to a Drug Trafficking Crime)

12. On or about October 9, 2024, in the District of Connecticut, the defendant LINDSEY EDWARDS, a.k.a. "G-ride," did knowingly carry and use a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute and Distribution of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), as set forth in Count Seven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT NINE
(Felon in Possession of Ammunition)

13. On or about October 9, 2024, in the District of Connecticut, the defendant LINDSEY EDWARDS, a.k.a. "G-ride," having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

   a. Criminal Weapon Possession, in violation of Connecticut General Statutes § 53a-217, on or about August 16, 2010;

   b. Sale of Illegal Drugs, in violation of Connecticut General Statutes § 21a-278(b), on or about May 16, 2003;

   c. Sale of Narcotics, in violation of Connecticut General Statutes § 21a-277(a), on or about March 9, 1998; and

   d. Sale of Narcotics, in violation of Connecticut General Statutes § 21a-277(a), on or about November 26, 1997,

did knowingly possess eight rounds of ammunition in and affecting commerce, including three rounds of 9mm Hornady ammunition, four rounds of Federal Premium, a.k.a. F.C., 9mm ammunition, and one round of PPU 9mm ammunition, all of which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATION
(Controlled Substances Offenses)

14. Upon conviction of one or more of the controlled substances offenses alleged in Counts One, Two, Three, and Seven of this Indictment, the defendants LINDSEY EDWARDS, a.k.a. "G-ride," and PARIS HUCKABY, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

15. If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 and 881, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearms Offenses)

16.     Upon conviction of one or more of the firearms offenses alleged in Counts Six, Eight, and Nine of this Indictment, the defendant LINDSEY EDWARDS, a.k.a. "G-ride," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: a Beretta Model M9, .22 caliber pistol bearing serial number BM063634 seized on or about October 2, 2024 in New Haven, Connecticut and a polymer 80 firearm with no serial number, magazine, and eight rounds of ammunition, including three rounds of 9mm Hornady ammunition, four rounds of Federal Premium, a.k.a. F.C., 9mm ammunition, and one round of PPU 9mm ammunition, all of which were seized on or about October 9, 2024 in New Haven, Connecticut.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

17.     Upon conviction of one or more of the firearms trafficking offenses alleged in Counts Four and Five of this Indictment, the defendants LINDSEY EDWARDS, a.k.a. "G-ride," and MATTHEW SANTOS, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Sections 933(a)(1), 933(a)(2), and 933(a)(3), and any property used, or intended to be used, in any manner or part, to commit, or to

8

facilitate the commission of, those violations, including but not limited to the following: a Beretta Model M9, .22 caliber pistol bearing serial number BM063634 seized on or about October 2, 2024 in New Haven, Connecticut and a polymer 80 firearm with no serial number, magazine, and eight rounds of ammunition, including three rounds of 9mm Hornady ammunition, four rounds of Federal Premium, a.k.a. F.C., 9mm ammunition, and one round of PPU 9mm ammunition, all of which were seized on or about October 9, 2024 in New Haven, Connecticut.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

_____
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
STEPHANIE T. LEVICK
ASSISTANT UNITED STATES ATTORNEY

_____
BRENDAN KEEFE
ASSISTANT UNITED STATES ATTORNEY

9